

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0130.   State ex rel. Voith Sulzer Paper Technology N. Am., Inc. v. Indus. Comm.** Franklin App. No. 04AP–65, 2004-Ohio-6613.